THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CAMERON GRADY, Appellant. [877 NYS2d 715]—Appeal from a judgment of the Onondaga County Court (William D. Walsh, J.), rendered June 11, 2007. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment revoking the sentence of probation imposed upon his conviction of, inter alia, driving while intoxicated (Vehicle and Traffic Law § 1192 [3]) and sentencing him to an indeterminate term of imprisonment. "County Court's determination resolving witness cred-

ibility must be accorded 'great weight' '' (*People v Cruz*, 35 AD3d 898, 899 [2006], *lv denied* 8 NY3d 845 [2007]), and we conclude that the People established by a preponderance of the evidence that defendant violated the conditions of his probation (*see People v Bergman*, 56 AD3d 1225 [2008]). Present—Hurlbutt, J.P., Centra, Peradotto, Green and Gorski, JJ.